

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-237-M |
| ) | |
| MARK RYAN HOFFMAN, ) | FILED UNDER SEAL |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER TO SEAL CRIMINAL COMPLAINT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, moves that the Criminal Complaint and File in this case be sealed until the arrest and apprehension of defendant Mark Ryan Hoffman, except for the limited purpose of permitting the U.S. Marshals Service to enter into NCIC the arrest warrant.

COLM F. CONNOLLY
United States Attorney

By: _____
Christopher J. Burke
Assistant United States Attorney

Dated: November 29, 2007

AND NOW, to wit, this 29th day of November, 2007, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Criminal Complaint and File in the above-captioned case be sealed until the arrest and apprehension of defendant Mark Ryan Hoffman, except for the limited purpose of permitting the U.S. Marshals Service to enter into NCIC the arrest warrant.

_____
Honorable Leonard P. Stark
United States Magistrate Judge