UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
)  CASE NO. CR07-167
   vs. )
)
MARK RYAN HOFFMAN )
)
        Defendant. )

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on DECEMBER 21, 2007 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until January 31, 2008. The time between the date of this order and January 31, 2008 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                              Honorable Leonard P. Stark
                                              U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED

DEC 21 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE