IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-167-SLR |
| ) | |
| MARK RYAN HOFFMAN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 4th day of February, 2008,

IT IS ORDERED that a telephonic status conference is scheduled for **Tuesday, February 19, 2008** at **8:45 a.m.**, with the court initiating said call.

United States District Judge