IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 07-167-SLR |
| MARK RYAN HOFFMAN, | ) ) ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 28th day of May, 2008,

IT IS ORDERED that a telephonic conference is scheduled for **Tuesday, June 3, 2008** at **3:00 p.m.**, with the court initiating said call.

United States District Judge