## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-167-SLR |
| | ) |
| MARK RYAN HOFFMAN, | ) |
| | ) |
| Defendant. | ) |

### MOTION TO DISMISS

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, and hereby moves to dismiss with prejudice, pursuant to the terms of the Memorandum of Plea Agreement, Counts Two through Ten of the Indictment in the above-captioned case.

                Respectfully submitted,

                COLM F. CONNOLLY
                United States Attorney

BY: _____
      Christopher J. Burke
      Assistant United States Attorneys

Dated: June 10, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07-167-SLR |
| MARK RYAN HOFFMAN, | ) ) ) |
| Defendant. | ) ) |

## ORDER

AND NOW this ___10th___ day of ___June___, 2008, upon consideration of the government's Motion to Dismiss Counts Two through Ten of the Indictment filed in the above-captioned case,

**IT IS ORDERED** that the government's motion is granted. Counts Two through Ten of the Indictment are hereby dismissed with prejudice.

_____
Honorable Sue L. Robinson
United States District Judge